UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAMELL PARKER,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about August 7, 2024, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

LAMELL PARKER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded brown and black Smith & Wesson pistol (Model 4014, Caliber: .40 S&W, SN: TZZ3250), and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## **FORFEITURE ALLEGATION**

The allegations in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in this Indictment,

LAMELL PARKER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms involved in or used in the offense, including, but not limited to, a loaded brown and black Smith & Wesson pistol (Model 4014, Caliber: .40 S&W, SN: TZZ3250), and associated ammunition.

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

*[signature: Stephen P. Baker]*
_____
STEPHEN P. BAKER
Assistant United States Attorney