UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAMELL PARKER,

    Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:24-cr-00140

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. Count 1 charges defendant with felon in possession of a firearm, in violation of 18 U.S.C. § 922(1).

The government sought defendant's detention on the basis that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on October 25, 2024, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance. Further, the Court finds that there is no condition or combination of conditions of release that will ensure defendant's appearance. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney

General pending trial.

    DONE AND ORDERED on October 25, 2024.

                                                  /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 United States Magistrate Judge